

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Jessie Brumley,

Vs. No. 11-17-00123-CR

The State of Texas,

* From the 244th District Court
  of Ector County,
  Trial Court No. C-16-0874-CR.

* May 31, 2019

* Memorandum Opinion by Stretcher, J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.